## UNITED STATES BANKRUPTCY COURT
## DISTRICT OF MASSACHUSETTS
## (WORCESTER)

---------------------------------------------------------------- X
:
In re:  :  Chapter 7
:
Kerry J. Miller and Claudia R. Miller,  :  Case No. 14-40073
:
Debtors.  :  Judge Melvin S. Hoffman
:
---------------------------------------------------------------- X
:
Schwartzco Enterprises, LLC,  :
The Meat House – New York, LLC,  :
The Meat House – Roslyn, LLC, and  :
Arnold M. Schwartz,  :
:  Adv. Pro. No. 14-04035
Plaintiffs,  :
:
-against-  :
:
Kerry J. Miller,  :
:
Defendant.  :
:
---------------------------------------------------------------- X

### NOTICE OF MOTION AND MOTION TO WITHDRAW
### BY RACHEL TZAPP, ADMITTED *PRO HAC VICE*

PLEASE TAKE NOTICE that I, Rachel Tzapp, of The Richard L. Rosen Law Firm, PLLC, 110 E. 59th Street, 23rd Floor, New York, NY 10022, respectfully hereby move to withdraw as an attorney of record for Schwartzco Enterprises, LLC ("Schwartzco"), The Meat House – New York, LLC ("TMH-NY"), The Meat House – Roslyn, LLC ("TMH-Roslyn") and Arnold M. Schwartz ("Mr. Schwartz") (collectively, "Plaintiffs") for good cause as I will be departing from The Richard L. Rosen Law Firm, PLLC this Thursday, the 23rd day of July, 2015. I was admitted *pro hac vice* to practice before this Court on July 10, 2014 in connection with the above-referenced adversary proceeding [Dkt # 33]. Plaintiffs will continue to be represented by counsel, as other counsel for The Richard L. Rosen Law Firm, PLLC will continue to remain as attorneys of record.

                                      Respectfully submitted,

By: /s/ Rachel Tzapp
      Rachel Tzapp
      *Admitted Pro Hac Vice*
      The Richard L. Rosen Law Firm, PLLC
      110 East 59th Street, 23rd Floor
      New York, New York 10022
      Telephone: (212) 644-6644
      Facsimile:  (212) 644-3344
      rt@rosenlawpllc.com

Dated: July 22, 2015

SO ORDERED: _____
      Hon. Melvin S. Hoffman
      United States Bankruptcy Judge
      Worcester, Massachusetts
      Dated: _____

-3-

**CERTIFICATE OF SERVICE**

       I HEREBY CERTIFY that a true and correct copy of the above Notice of Motion and Motion to Withdraw by Rachel Tzapp, Admitted *Pro Hac Vice*, was furnished electronically by the Court's CM/ECF system this 22nd day of July, 2015 to all parties entitled to notice in this matter.

                      /s/ Rachel Tzapp