# UNITED STATES BANKRUPTCY COURT
# DISTRICT OF MASSACHUSETTS (WORCESTER)

|  |  |
|---|---|
| In re:<br><br>Kerry J. Miller and Claudia R. Miller,<br><br>                      Debtors. | Chapter 7<br><br>Case No. 14-40073<br><br>Hon. Christopher J. Panos |
| Schwartzco Enterprises, LLC,<br>The Meat House – New York, LLC,<br>The Meat House – Roslyn, LLC, and<br>Arnold M. Schwartz,<br><br>                      Plaintiffs,<br><br>    -against-<br><br>Kerry J. Miller,<br><br>                      Defendant. | Adv. Pro. No. 14-04035<br><br>**Stipulation of Dismissal<br>With Prejudice** |

**IT IS HEREBY STIPULATED AND AGREED**, by and between Plaintiffs Schwartzco Enterprises, LLC, The Meat House – New York, LLC, The Meat House – Roslyn, LLC, and Arnold M. Schwartz ("Plaintiffs") and Defendant Kerry J. Miller (Defendant) (collectively, "The Parties"), in the above-captioned adversary proceeding, hereto acting by and through their respective undersigned attorneys, that, pursuant to Rule 9019-1(c) of the Local Bankruptcy Rules of the United States Bankruptcy Court, District of Mass., or Fed. R. Civ. P. 41(a)(1)(A)(ii), the Parties agree that this adversary proceeding, and all claims brought in this action, including all those contained in the Parties' respective pleadings, should be dismissed *with prejudice*, in their entirety; and that each party shall bear its own costs and attorneys' fees; and

1

**IT IS FURTHER STIPULATED AND AGREED**, by and between the Parties, that this stipulation may be executed in counterparts, through the Parties' counsel, and by electronic and/or facsimile signature; and

**IT IS FURTHER STIPULATED AND AGREED**, by and between the Parties, that they jointly respectfully request that the Court "so order" this stipulation, and dismiss this action with prejudice.

**So Stipulated and Respectfully Submitted:**

Dated: October 14, 2016

                                        The Richard L. Rosen Law Firm, PLLC

By: \_\_\_/s/\_\_\_John Karol\_\_\_
John A Karol, Esq.
110 E. 59th Street, 23rd Floor
New York, NY 10022
212-644-6644
212-644-3344 (fax)
jak@rosenlawpllc.com
*Pro Hac Vice Counsel for Plaintiffs*

PEABODY & ARNOLD LLP

By: \_\_\_/s/\_\_\_Allen David\_\_\_\_
Allen David, Esq.
Courtney C. Shea, Esq.
Federal Reserve Plaza
600 Atlantic Avenue
Boston, MA 02210-2261
Direct Dial: (617) 951-2062
Direct Fax: (617) 235-3562
Email: cshea@peabodyarnold.com
*Counsel for Defendant*

CC: Lee Harrington, Esq. (via ECF)
*Local Counsel for Plaintiffs*

IT IS SO ORDERED:

Dated:     October   18  , 2016

                              BY THE COURT:

                              _____
                              Christopher J. Panos
                              United States Bankruptcy Judge

3